In the United States District Court for
the Western District of Texas
Austin-Division

**FILED**
OCT 05 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Alfred Lee Stine
Petitioner,

v.

Jimmy S. Smith
Respondant,

Cause No.

James V Allred Unit
Place of Confinement

Petition for Writ of Habeas Corpus in Pursuance to Fed. R. Civ. Proc. R. ____. And 28. U.S.C. § 2254 the Petitioner files this Writ to challenge the conditions in violation of his constitutional-rights within his confinement.

Alfred Lee Stine
Petitioner

CC: Ken Paxton
Attorney General of Texas
P.O. Box-12548
Austin Texas 78711
Attorney for the Respondant

(1)

# LIST OF PARTIES

Alfred Lee Stine
Petitioner,
Allred Unit
2101 FM 369 N.
Iowa Park Texas 76367

Internal Revenue Service
Social Security Administration
Austin Texas 78301-0002
Defendants,

Jimmy S. Smith
Allred Unit
2101 FM 369 N.
Iowa Park Texas 76367
Respondant,
    And
Ken Paxton
Attorney General of Texas
Capitol-Station
P.O. Box 12548
Austin Texas 78711

(2)

# TABLE OF CONTENTS

|     |                              | PAGE |
| --- | ---------------------------- | ---- |
| 1.  | List of Parties              | 2    |
| 2.  | Table of Contents            | 3    |
| 3.  | Index of Authorities         | 4    |
| 4.  | Statement of the Case        | 5    |
| 5.  | Statement of Jurisdiction    | 6    |
| 6.  | Issue Presented              | 7    |
| 7.  | Statement of Fact            | 8    |
| 8.  | Summary of the Argument      | 9    |
| 9.  | Injunction-line              | 10   |
| 10. | Prayer                       | 11   |
| 11. | Certificate of Service       | 12   |
| 12. | Appendix                     | 13   |
| 13. | (A) The Notice to Defendant  | 14   |

# Index of Authorities

**Cases**                                                                 Page

1. \_\_\_\_\_
2. \_\_\_\_\_
3. \_\_\_\_\_
4. \_\_\_\_\_

**Statutes**

1. \_\_\_\_\_
2. \_\_\_\_\_
3. \_\_\_\_\_

**Articles**

1. \_\_\_\_\_
2. \_\_\_\_\_
3. \_\_\_\_\_

**U.S. Const.**

1. \_\_\_\_\_
2. \_\_\_\_\_

# STATEMENT OF THE CASE

On or about the ___/___/22 I received an Identification-number from the Austin Social-Security Administration. I was told to receive or obtain a 20/20 1040 Application Form. Then refile the form using the new Identification-number. However, on many attempts to obtain the form I wrote to five different local and out of state Social-Security-Administration requesting for the forms but received no response.

(5)

# STATEMENT OF JURISDICTION

This court has proper subject matter jurisdiction under 28 USC § 2254, because this cause rest within this District Court because the case involves violations of the U.S. Const. and other Federal-Law, and the Defendants reside's here.

# Issue Presented

1. Procedural- Due Process of law.

# STATEMENT OF FACT

The denial of the 20/20 1040-Application is withholding me from obtain the income tax rebate funds for #3200. Hundred-Dollars that I am intitled to. The petitioner has requested for several other oppositions in order to obtain a proper process to complete the forms to obtain the income tax rebate funds from the Austin Social-Security Administration but received no response.

(8)

# Summary of the Argument

On or about the __/__/22 the Internal Revenue Service for the Austin Social Security Administration wrote me and provided me with an identification-number for use to obtain the income tax-rebate funds. The Administration suggested that I obtain a complete 2121-1040 Application-Form using the new identification-number but since that time the funds are not obtainable by the Internal Revenue Service.

(9)

## Ground One
## Denial of Procedural-due-process
## Supporting-Facts

On _1_/22 the Austin Social Security Administration wrote me and provided me with an Identification-number for filing for the income tax rebate funds. Then on _1_/22, I notyfied the Social-Security Administration Internal-Revenue Service in Austin Texas informing them that I've written to several out of state and inter-state Social Security Administration and I was unable to obtain the 20/20-1040 forms requested by them so I ask the Asstin-office for a copie of the form or a copie of the previous filed 20/20-1040 form by me for placing my ID on the form and returning the copie, but this office failed to respond or provide a process for me to obtain the $32,00 Hundred-Dollars that I am intitled to upon my request.

(10)

# Prayer

THAT THIS U.S. DISTRICT COURT ISSUE AND ORDER DIRECTING THE AUSTIN SOCIAL-SECURITY ADMINISTRATION TO FORWARD AND INCOME TAX REBATE FUND CHECK FOR $8200 HUNDRED DOLLAR'S TO ME AT MY PRESENT ADDRESS. OR SHOW WHY I'AM NOT INTITLED TO THE FUNDS...

# Certificate of Service

I Alfred Lee Styne Certify that a true copie of the petition for writ of Habeas-Corpus to: U.S. District Court for the Western District of Texas U.S. District Clerk's Office 244 West 8th St. Room-134 Austin Texas 78701 on this 28 day of Sept 20 22.

Alfred Lee Styne
Petitioner.


# Appendix


THE Request For 20/20-1940 A Application Notice

DATE: 9/17/22

TO: THE SOCIAL SECURITY ADMINISTRATION
GREETINGS.,

RE: REQUEST FOR 2020 1040 APPLICATIONS.

Dear Clerk

A FEW MONTHS AGO THIS ADMINISTRATION INFORMED ME THAT: I SHOULD COMPLETE A 2020 FORM USING THE IDENTIFICATION-NUMBER # 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 AND RETURN THE FORM TO THIS OFFICE...

HOWEVER, YOUR PRISON SYSTEMS DIDN'T HAVE THESE FORMS ANY LONGER, AND I'VE WRITTEN TO THIS OFFICE FOUR TO FIVE TIMES FOR THESE 2020 FORMS. BUT NEVER RECEIVED THEM.

I HAVE ASKED THIS OFFICE FOR A COPIC OF THE ORIGINAL-FILED 2020 BY ME FOR RE-FILING WITH THIS OFFICE.. BUT NOTHING HAPPEN.

THERE FORE, I MAKE THIS LAST REQUEST FOR FORMS, AND A COPIE OF THE ORIGINAL 2020.

1.

Filed by me within 7 days of this letter as a matter of due process.

Alfred lee Styne
599665
# 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
DATE: 9/7/22

(2)

THE UNITED STATES DISTRICT COURT FOR
THE Western District of TEXAS
Austin-Division

Alfred lee Styne          Cause No.
Petitioner,
   V                      James V. Allred Unit
Jimmy S. Smith            Place of Confinement
Respondant.

Proof of Service

I Alfred lee Styne state that under the penalty of perjury that I have mailed by U.S. (a) Petition For Writ of Habeas Corpus to: The U.S. District Court For the Western District of TEXAS. US District Clerk's Office 200 West 8th St. Room-130 Austin TEXAS 78701 on this 29 day of Sept. 29 22

Alfred lee Styne
Petitioner,

NAME Alfred lee Stone
TDC# 599665
?101 ?? 369 N
IOWA PARK, TEXAS 76367

U.S. District Court
For THE Western District of TEXAS
U.S. District Clerk Office 201 W. 8TH ST.
Room - 130
Austin TEXAS 78701